UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAMEEDH AL AZZAWI,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF THE ARMY, et al.,<br><br>Defendants. | No.  2:15-cv-1138 GEB CKD PS<br><br><br><br>ORDER |

In this action, plaintiff is proceeding in propria persona.  A status conference is currently set for hearing on October 28, 2015.  On August 17, 2015, plaintiff filed a return of summons.  While the return of summons indicates partial compliance with Federal Rule of Civil Procedure 4(i) which sets forth the proper procedure for serving summons on the United States and its agencies, the return of summons does not indicate compliance with Federal Rule of Civil Procedure 4(i)(1)(A) (service of summons and complaint on the United Sates attorney for the district where the action is brought required under Rule 4).  In the order setting status conference filed May 27, 2015, plaintiff was cautioned that under Federal Rule of Civil Procedure 4(m), this action may be dismissed if service of process is not accomplished within 120 days from the date that the complaint was filed.  Plaintiff is again cautioned that summons must be timely served on defendants in compliance with Federal Rule of Civil Procedure 4.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. No later than September 11, 2015, plaintiff shall serve defendants in compliance with Federal Rule of Civil Procedure 4 and file an executed return of summons reflecting said service.

2. The Clerk of Court is directed to serve a courtesy copy of this order on Chi Soo Kim, Assistant United States Attorney, Eastern District of California, 501 I Street, Suite 10-100, Sacramento, CA 95814.

Dated:  August 28, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 azzawi1138.sum