UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAMEEDH AL AZZAWI,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>DEPARTMENT OF THE ARMY, et al.,<br><br>　　　　　　Defendants. | No.  2:15-cv-1138 GEB CKD PS<br><br><br>ORDER |

   In this action, plaintiff is proceeding in propria persona.  A status conference is currently set for hearing on October 28, 2015.  Because plaintiff had not properly completed service of summons in this action, plaintiff was ordered to serve defendants in compliance with Federal Rule of Civil Procedure 4(i)(1)(A) (service of summons and complaint on the United States attorney for the district where the action is brought required under Rule 4).  Plaintiff was ordered to complete said service no later than September 11, 2015.  On September 8, 2015, plaintiff filed executed return of summons which indicate service on several United States Attorneys' Offices.  However, plaintiff has not yet completed proper service in that the instant action has been brought in the Eastern District of California and the United States Attorney for this District has not yet been properly served with summons and the complaint.

/////

/////

1

1      Accordingly, IT IS HEREBY ORDERED that:

2      1.  No later than October 1, 2015, plaintiff shall serve defendants in compliance with
Federal Rule of Civil Procedure 4 and file an executed return of summons reflecting said service.

        2.  The Clerk of Court is directed to serve a courtesy copy of this order on Chi Soo Kim, Assistant United States Attorney, Eastern District of California, 501 I Street, Suite 10-100, Sacramento, CA 95814.

Dated:  September 14, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 azzawi1138.sum2