UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAMEEDH AL AZZAWI,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF THE ARMY, et al.,<br><br>　　　　　　　Defendants. | No.  2:15-cv-1138 GEB CKD PS<br><br><br>ORDER TO SHOW CAUSE |

　　　　In this action, plaintiff is proceeding in propria persona.  A status conference is currently set for hearing on October 28, 2015.  Because plaintiff had not properly completed service of summons in this action, plaintiff was ordered to serve defendants in compliance with Federal Rule of Civil Procedure 4(i)(1)(A) (service of summons and complaint on the United States attorney for the district where the action is brought required under Rule 4).  Plaintiff was ordered to complete said service no later than September 11, 2015.  The court extended the time to complete service to October 1, 2015.  The docket now reflects service on several United States Attorney's Offices.  **However, plaintiff has not yet completed proper service in that the instant action has been brought in the Eastern District of California and the docket does not reflect that the United States Attorney for this District has been properly served with summons and the complaint.**

/////

Accordingly, IT IS HEREBY ORDERED that:

1. No later than October 15, 2015, plaintiff shall show cause why this action should not be dismissed for failure to properly serve summons in this action and for failure to comply with the court's orders.

2. The Clerk of Court is directed to serve a courtesy copy of this order on Chi Soo Kim, Assistant United States Attorney, Eastern District of California, 501 I Street, Suite 10-100, Sacramento, CA 95814.

Dated:  October 7, 2015

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 azzawi1138.osc